No. 510. SUBMARINE SIGNAL COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Philip B. Buzzell, Andrew B. Duvall,* and *Elmer T. Bell* for the petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 643. WILLIAM C. AMOS *v.* UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 25, 1926. The motion for leave to print only such portions of the record in this case as opposing counsel shall agree is relevant to petitioner's conviction below or in the alternative to proceed further in forma pauperis is denied for the reason that upon examination of the petition and accompanying papers, including brief of counsel for the petitioner, the record as. printed in the Circuit Court of Appeals, and the opinion of the court below, the court finds that the case is not one in which a writ of certiorari should issue, the application for which is, therefore, also denied. *Mr. Walter S. Hilborn* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 513. SECURITY TRUST COMPANY, RECEIVER, *v.* CHARLES J. DE LAND, RECEIVER. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas G. Long* for petitioner. *Mr. Carl W. Mosier* for respondent.

No. 514. THE DETROIT UNITED RAILWAY *v.* ALFRED LEROY CRAVEN. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick T. Harward* for petitioner. No appearance for respondent.